# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

# NO. 25-1093

MASSACHUSETTS COALITION FOR OCCUPATIONAL

SAFETY & HEALTH,

PETITIONER,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

RESPONDENT

## UNOPPOSED MOTION TO DISMISS

Petitioner, Massachusetts Coalition for Occupational Safety and Health ('MassCOSH") requests that the Court dismiss its pending petition for review in the above-captioned case. Respondent, Environmental Protection Agency consents to this request. Each party will bear its own costs and fees.

Respectfully submitted,

/s/Randy S. Rabinowitz
Randy S. Rabinowitz
Victoria L. Bor
OSH Law Project, LLC
P.O. Box 3769
Washington, DC 20027
T: 202-256-4080
T: 301-785-3204
randy@oshlaw.org
victoriabor87@gmail.com

1

CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the foregoing Unopposed Motion to Dismiss contains 40 words, as counted by counsel's word processing system.

Further this document complies with the typeface and type-style requirement of the Federal Rules of Appellate Procedure, 32(a)(5) and (a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word 14 Times New Roman font.

/s/ Randy S. Rabinowitz

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Unopposed Motion to Dismiss was served on counsel of record by filing it with the Court's CM/ECF system on February 5, 2025.

/s/Randy Rabinowitz

Randy Rabinowitz